# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: ELLIOTT, JIMMY L | § | Case No. 14-82961-TML |
| ELLIOTT, MARY E | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 12/02/2015 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:   10/29/2015          By:   /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ELLIOTT, JIMMY L                                  § Case No. 14-82961-TML
     ELLIOTT, MARY E                               §
                                        §
    Debtor(s)                                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $      6,409.23

*and approved disbursements of*           $      63.33

*leaving a balance on hand of*  [1]       $      6,345.90

**Balance on hand:**               $      6,345.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | IRS - Department of the Treasury | 1,089.79 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $     0.00
Remaining balance:             $    6,345.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,390.92 | 0.00 | 1,390.92 |

Total to be paid for chapter 7 administration expenses:  $    1,390.92
Remaining balance:                         $    4,954.98

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   4,954.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   4,954.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,581.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Us Cellular) | 141.56 | 0.00 | 60.56 |
| 2 | Discover Bank | 11,120.07 | 0.00 | 4,757.51 |
| 4 | DeKalb Clinic Chartered | 320.00 | 0.00 | 136.91 |

Total to be paid for timely general unsecured claims:   $   4,954.98

Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 14-82961-TML
Jimmy L Elliott                                                  Chapter 7
Mary E Elliott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3            User: lorsmith          Page 1 of 2           Date Rcvd: Oct 30, 2015
                                Form ID: pdf006         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2015.
```
db/jdb        +Jimmy L Elliott,    Mary E Elliott,    8706 S. Rood Road,    Kingston, IL 60145-8278
aty           +James E. Stevens,    Barrick, Switzer, et al.,    6833 Stalter Drive,    Rockford, IL 61108-2579
22458847      +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
22933879      +Atlas Acquisitions LLC  (Us Cellular),    294 Union St.,    Hackensack, NJ 07601-4303
22458848      +Carmax Auto Finance,    2040 Thalbro St,    Richmond, VA 23230-3200
22458849      +Central State Recovery,    1314 N Main St,    Hutchinson, KS 67501-4002
22458851      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22458850      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22458852       Creative Theraputics Ltd.,    400 E. Hillcrest Dr. Ste.110,    Sycamore, IL 60178
22458854       DeKalb Clinic Chartered,    1860 Gateway Dr.,    Sycamore, IL 60178
22458853      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5121
22458856      +Dr. Teresa Melton,    130 N. Fair St.,    Sycamore, IL 60178-1640
22458857      +Gateway Family Dentistry,    2550 Hauser Ross Dr.,    Suite 300,    Sycamore, IL 60178-3179
22458861     ++MID CONTINENT CREDIT SERVICES,    3161 N ROCK RD,    STE B,    WICHITA KS 67226-1453
               (address filed with court: Mid Continent Credit S,    3161 N Rock Rd Ste B,    Wichita, KS 67226)
22458862      +Midwest Checkrite,    1031 E Battlefield,    Springfield, MO 65807-5001
23399474      +PennyMac Loan Services, LLC,    c/o Aldridge Pite LLP (formerly known as,
               Bankruptcy Department,    Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,
               Atlanta, GA 30305-1623
22458863      +Rock Valley Compounding Pharmacy,    811 S. Perryville Rd.,    Suite 109,
               Rockford, IL 61108-4323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22648437      +E-mail/Text: bnc@atlasacq.com Oct 31 2015 00:49:46      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
22941888       E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22458855      +E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
22458858      +E-mail/Text: banko@hestark.com Oct 31 2015 00:51:08      H E Stark Agency Inc,
               6425 Odana Rd  P.O. Box 45710,    Madison, WI 53744-5710
22458860       E-mail/Text: cio.bncmail@irs.gov Oct 31 2015 00:49:55      IRS - Department of the Treasury,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
22458859      +E-mail/Text: scott.froeliger@ilcomcu.org Oct 31 2015 00:50:09      Illinois Community Cre,
               508 W State St,    Sycamore, IL 60178-1328
22458864      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:01:32      Syncb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
                                                                                            TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
```
         Carole J. Ryczek   on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
         Diane E Elliott    on behalf of Joint Debtor Mary E Elliott diane05elliott@yahoo.com
         Diane E Elliott    on behalf of Debtor Jimmy L Elliott diane05elliott@yahoo.com
         James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com,   IL48@ecfcbis.com
         James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
```

District/off: 0752-3              User: lorsmith              Page 2 of 2                    Date Rcvd: Oct 30, 2015
                                 Form ID: pdf006             Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                                TOTAL: 6