# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ELLIOTT, JIMMY L　　　　　　　　　　　　§　Case No. 14-82961
　　　　ELLIOTT, MARY E　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　　§

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $250,116.44　　　　　　　　　Assets Exempt: $27,641.44
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,954.98　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $39,192.95

Total Expenses of Administration: $1,454.25

---

　　　3) Total gross receipts of $ 6,409.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,409.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $247,177.71 | $1,089.79 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,454.25 | 1,454.25 | 1,454.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,392.65 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,754.65 | 11,581.63 | 11,581.63 | 4,954.98 |
| **TOTAL DISBURSEMENTS** | $291,325.01 | $14,125.67 | $13,035.88 | $6,409.23 |

4) This case was originally filed under Chapter 7 on September 29, 2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2016          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Farm Murfreesboro TN | 1210-000 | 6,409.23 |
| **TOTAL GROSS RECEIPTS** | | **$6,409.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | IRS - Department of the Treasury | 4300-000 | 1,060.71 | 1,089.79 | 0.00 | 0.00 |
| NOTFILED | Illinois Community Cre | 4110-000 | 13,910.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 216,516.00 | N/A | N/A | 0.00 |
| NOTFILED | Carmax Auto Finance | 4110-000 | 15,691.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$247,177.71** | **$1,089.79** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,390.92 | 1,390.92 | 1,390.92 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.33 | 3.33 | 3.33 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,454.25 | $1,454.25 | $1,454.25 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS - Department of the Treasury | 5200-000 | 11,392.65 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,392.65 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Us Cellular) | 7100-000 | 141.00 | 141.56 | 141.56 | 60.56 |
| 2 | Discover Bank | 7100-000 | 11,120.00 | 11,120.07 | 11,120.07 | 4,757.51 |
| 4 | DeKalb Clinic Chartered | 7100-000 | 320.00 | 320.00 | 320.00 | 136.91 |
| NOTFILED | H E Stark Agency Inc | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid Continent Credit S | 7100-000 | 439.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/Lowes | 7100-000 | 3,042.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Checkrite | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Compounding Pharmacy | 7100-000 | 30.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gateway Family Dentistry | 7100-000 | 253.75 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 14,988.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Teresa Melton | 7100-000 | 131.40 | N/A | N/A | 0.00 |
| NOTFILED | Central State Recovery | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | Creative Theraputics Ltd. | 7100-000 | 367.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,544.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$32,754.65** | **$11,581.63** | **$11,581.63** | **$4,954.98** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82961  
**Case Name:** ELLIOTT, JIMMY L  
ELLIOTT, MARY E  
**Period Ending:** 01/27/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/29/14 (f)  
**§341(a) Meeting Date:** 10/30/14  
**Claims Bar Date:** 05/18/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 8706 S. Rood Road, Kingston, IL | 225,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at Associated Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | checking account at Castle Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5 | savings account at Castle Bank | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Kane County Teachers Credit Union checking accou | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Normal complement of household goods and furnish | 1,250.00 | 0.00 | | 0.00 | FA |
| 8 | misc wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9 | life insurance policy insuring life of Joint Deb | 2,501.44 | 0.00 | | 0.00 | FA |
| 10 | Debtor's interest in pension through employer | Unknown | 0.00 | | 0.00 | FA |
| 11 | Debtor's interest in 401K retirement plan | Unknown | 0.00 | | 0.00 | FA |
| 12 | Joint Debtor's interest in pension through emplo | Unknown | 0.00 | | 0.00 | FA |
| 13 | Joint Debtors interest in 403(b) retirement acco | Unknown | 0.00 | | 0.00 | FA |
| 14 | Countrymark oil stock owned by Joint Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Past due disabilty income due to debtor | 1,200.00 | 0.00 | | 0.00 | FA |
| 16 | 2011 Chevy Malibu LTZ | 10,475.00 | 0.00 | | 0.00 | FA |
| 17 | Joint Debtor 's 2005 Chevrolet Tahoe | 6,800.00 | 0.00 | | 0.00 | FA |
| 18 | 1 dog and 2 cats | 10.00 | 0.00 | | 0.00 | FA |
| 19 | Debtor - misc tools, hammers, saws etc. for carp | 500.00 | 0.00 | | 0.00 | FA |
| 20 | FSA account | 1,600.00 | 0.00 | | 0.00 | FA |
| 21 | Farm Murfreesboro TN  (u) | Unknown | 6,409.23 | | 6,409.23 | FA |
| **21** | **Assets    Totals** (Excluding unknown values) | **$250,116.44** | **$6,409.23** | | **$6,409.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 01/27/2016 07:54 AM    V.13.25

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82961  
**Case Name:** ELLIOTT, JIMMY L  
ELLIOTT, MARY E  
**Period Ending:** 01/27/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/29/14 (f)  
**§341(a) Meeting Date:** 10/30/14  
**Claims Bar Date:** 05/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 1, 2015          **Current Projected Date Of Final Report (TFR):** August 7, 2015 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-82961  
**Case Name:** ELLIOTT, JIMMY L  
ELLIOTT, MARY E  
**Taxpayer ID #:** **-***4174  
**Period Ending:** 01/27/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/15 | {21} | Larry K. Tolbert, Attorney Real Estate Escrow Account | proceeds sale of Tenneeee property | 1210-000 | 6,409.23 | | 6,409.23 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,399.23 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,389.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,379.23 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,369.23 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-82961, Bond #016018067 | 2300-000 | | 3.33 | 6,365.90 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,355.90 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,345.90 |
| 12/03/15 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,390.92, Trustee Compensation; Reference: | 2100-000 | | 1,390.92 | 4,954.98 |
| 12/03/15 | 103 | Atlas Acquisitions LLC (Us Cellular) | Dividend paid 42.78% on $141.56; Claim# 1; Filed: $141.56; Reference: | 7100-000 | | 60.56 | 4,894.42 |
| 12/03/15 | 104 | Discover Bank | Dividend paid 42.78% on $11,120.07; Claim# 2; Filed: $11,120.07; Reference: | 7100-000 | | 4,757.51 | 136.91 |
| 12/03/15 | 105 | DeKalb Clinic Chartered | Dividend paid 42.78% on $320.00; Claim# 4; Filed: $320.00; Reference: | 7100-000 | | 136.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,409.23 | 6,409.23 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,409.23 | 6,409.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,409.23** | **$6,409.23** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4266** | 6,409.23 | 6,409.23 | 0.00 |
| | $6,409.23 | $6,409.23 | $0.00 |

{} Asset reference(s)

Printed: 01/27/2016 07:54 AM   V.13.25